UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL BANNY | § | PLAINTIFF |
| | § | |
| V. | § | Civil Action No. 1:11cv172-LG-RHW |
| | § | |
| ONEWEST BANK, FSB, F/K/A | § | |
| INDYMAC FEDERAL BANK, F.S.B., | § | |
| SHAPIRO & MASSEY, AND | § | |
| JOHN AND JANE DOES 1-10 | § | DEFENDANTS |
| | § | |

## ORDER

BEFORE THE COURT is Defendant OneWest Bank, FSB's Motion to Refer this case to the United States Bankruptcy Court for the Southern District of Mississippi, Southern Division.  The docket reflects that the Plaintiff has not responded within the time allowed.  In the opinion of the Court, this matter constitutes a related proceeding and should be referred to the Bankruptcy Court pursuant to 28 U.S.C. § 157(a).  Therefore, having considered the motion and the relevant legal authority, the Court finds that the motion should be granted.

**IT IS THEREFORE, ORDERED, ADJUDGED** that this civil action be, and it hereby is, referred to the United States Bankruptcy Court for the Southern District of Mississippi, Southern Division.

**SO ORDERED AND ADJUDGED** this the 15th day of September, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE